JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

TYRONE ELEBY,                    )   CASE NO. CV 15-3261-PJW
                                 )
            Petitioner,          )
                                 )   J U D G M E N T
       v.                        )
                                 )
R.L. GOWER, WARDEN,              )
                                 )
            Respondent.          )
_____)

Pursuant to the Memorandum Opinion and Order filed herewith,

IT IS ADJUDGED that the Petition is denied and this action is dismissed with prejudice.

DATED: February 13, 2017

_____
PATRICK J. WALSH
UNITED STATES MAGISTRATE JUDGE

S:\PJW\Cases-State Habeas\ELEBY, T 3261\Judgment.wpd